UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Cr. No.  1:22-cr-68-SE-1 |
| ) | |
| KYLE MORRIS ) | |
| ) | |

PRAECIPE FOR WARRANT

The Clerk of said Court will issue a warrant, an Indictment against the above-named defendant having been filed in the above-entitled case on the 13th day of June, 2022.

This <u>13th</u> day of June, 2022.

                                                JANE E. YOUNG
                                                United States Attorney

                       By:    /s/ Anna Z. Krasinski
                                Anna Z. Krasinski
                                Assistant U.S. Attorney

WARRANT ISSUED: _____