AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

**RECEIVED**
JUN 14 2022
US MARSHALS SERVICE

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-cr-68-SE-1 |
| Kyle Morris | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kyle Morris,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(o) – Possession of a Machinegun

Date: 06/14/2022

*Issuing officer's signature*

City and state: Concord, New Hampshire

Charli Pappas
*Printed name and title*
Deputy Clerk

### Return

This warrant was received on *(date)* 6/14/2022, and the person was arrested on *(date)* 6/16/2022
at *(city and state)* Salem, New Hampshire.

Date: 6/16/2022

*Arresting officer's signature*

Wesley Garland   FBI Special Agent
*Printed name and title*