UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 1:22-cr- 68-SE-1 |
| ) | |
| KYLE MORRIS ) | |
| ) | |

INDICTMENT

The Grand Jury charges:

COUNT ONE
[18 U.S.C. § 922(o) – Possession of a Machinegun]

On or about February 16, 2022, in the District of New Hampshire, the defendant,

KYLE MORRIS,

did knowingly possess at least one of the following machineguns: a 5.56x45mm Palmetto State Armory rifle, Model M4 Carbine, Serial Number W1020308; and a 5.56x45mm Brownells Inc. rifle, Model BRN-16A1, Serial Number BRN7929.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including but not limited to: (A) One 5.56x45mm Palmetto State Armory rifle, Model M4 Carbine, Serial No. W1020308, and (B) One 5.56x45mm Brownells Inc. rifle, Model BRN-16A1, Serial No. BRN7929.

Dated: June 13, 2022                                             A TRUE BILL

/s/ Foreperson of the Grand Jury
Foreperson of the Grand Jury

JANE E. YOUNG
United States Attorney
District of New Hampshire

By:/s/ Anna Z. Krasinski
Anna Z. Krasinski
Assistant U.S. Attorney