Judge Elliot,

    My name is Jared Sergi and I am writing to you today regarding Kyle Morris. Mr.Morris and I have been close friends dating back to elementary school. My family had just moved in next to his and Mr. Morris was the first person to welcome me to the new neighborhood and school with open arms and has been there for me anytime I have needed any help or guidance since then. Over the years, I have built a close relationship with Mr. Morris and his family. Mr. Morris has always been a very driven, family oriented man. Being two growing boys, we have had numerous conversations about life goals and intentions over the years. Mr. Morris was never a greedy man. He never wanted the nicest car or the biggest house. For as long as I can remember, he has had two main goals in mind. One being to follow his fathers footsteps by joining the military, and to start and raise a family of his own. Even before high school graduation, when other students were partying or maybe applying to colleges, Mr. Morris was already focused on his goals and had enlisted in the U.S Army just awaiting his diploma before he could leave for basic training. I always admired his dedication and self discipline especially at such a young age. Mr. Morris then went on to serve our country for four years gladly and proudly. We did remain in contact while he served, and while his time in the military was dangerous and he was separated from everything familiar Mr. Morris did not complain. He was so proud of what he was doing and happy to give his time to serve our country. Upon his return, Mr. Morris then purchased his childhood home in hopes of being able to create a family of his own in the same home he grew up in. Mr. Morris also met his wonderful and supportive partner, Anna, who has been nothing but amazing for him. From being there for him emotionally, to maintaining their home in his absence to make sure he has a nice and healthy home environment to return to, Anna has been the absolute perfect partner to Mr. Morris. Along with Anna, Mr. Morris also has a very caring family and support system ready to assist with anything he may need upon his return home to make his transition as smooth as possible. We all want to see Mr. Morris get back into the workforce and back on track towards his goals of raising a family of his own and furthering his life in the most positive ways. We want to see Mr. Morris come home and become the best father and husband he can be as we all know he will. I really appreciate you taking the time out of what I am sure was a very busy day for you to read this and hear what I have to say. Thank you for hearing me out Judge Elliot.

                                                  -Jared Sergi

Dear Honorable Judge Samantha Elliot,

My name is Derek Grella, I first met Kyle Morris in the year 2007. Throughout the past 15 years or so, we have grown up and evolved together as close friends, almost brothers. Many of my fondest childhood memories include Kyle, some of my worst too. As kids we were always together. When his mother worked night shifts, he would stay at my house. While my mother worked day shifts, I would be at his house. I've always known I could count on him, not just as a friend, but also as a role model of sorts. Especially seeing how he stepped up as a man to be there for his family when his father passed away. That never stopped him from achieving his goals though. For as long as I can remember Kyle always wanted to serve in the military. When he enrolled in the Army I was beyond proud, yet saddened knowing my best friend would be putting himself in harm's way for our country. Even when facing some challenges after returning home, Kyle has always exercised respect, loyalty, compassion, and kindness with his family, friends, as well as his community. I am eager and fortunate to see the positive progression in his life. Thank you for taking the time to read this letter.

Sincerely,

*[signature]*

Derek Grella

Hello Judge Samantha Elliot,

    I am Anna Maria Holodowska, Kyle Morris' girlfriend. We are in a committed relationship and have been together for over two years. He's the most caring, compassionate, and loving boyfriend I could ever ask for.

    Kyle is a very driven and goal oriented man. He graduated high school at 16 and joined the army at 17. He was just 19 years old when serving in Afghanistan. After returning home, he proudly bought his house at 20 and has plans of purchasing more rental properties in the near future. He is working on getting his bachelor's degree in history and will finish this degree when he returns home.

    Kyle is also a family oriented man. He enjoys visiting family members and spending the day with them. During the summer he often invites over his family and mine for get-togethers on his beach. Kyle and I plan to get married and start a family of our own. Since we started dating, Kyle has become more invested in his faith. We pray often and attend church together.

    Kyle understands how serious his charges are and he regrets his mistakes. It aches him to see what he has put his family through watching him be away.

    I am more than willing to support Kyle throughout the entirety of his sentencing, as well as afterwards. Upon his release, Kyle has his own home to return to. Kyle has access to his vehicle for job searching purposes. He may also use my car if needed. I will help him apply and prepare for future job interviews.

    I've missed Kyle greatly while he's been away. It was incredibly hard adjusting to his absence as we would spend the vast majority of our time together. It's been difficult taking care of the home by myself while also working and doing school.

    Thank you for taking the time out of your day to read my letter.